Emerson HANDY, Appellant

v.

The STATE of Texas.

No. PD–717–13.

Court of Criminal Appeals of Texas.

April 16, 2014.

Sarah V. Wood, Harris County Public Defender's Office, Houston, TX, for Appellant.

Carly Dessauer, Assistant District Attorney, Houston, Lisa C. McMinn, State's Attorney, Austin, TX, for The State.

## *OPINION*

PER CURIAM.

Appellant was convicted of burglary of a habitation and sentenced to 45 years in

prison. On appeal, he argued, among other things, that the evidence was insufficient to support the $289 in court costs assessed against him in the judgment. The Court of Appeals agreed, relying on its opinion in *Johnson v. State,* 389 S.W.3d 513 (Tex.App.–Houston [14th Dist.] 2012). *Handy v. State,* 401 S.W.3d 809 (Tex.App.–Houston [14th Dist.] 2013).

The State has filed a petition for discretionary review of this decision. We recently handed down our opinion in *Johnson v. State,* 423 S.W.3d 385 (Tex.Crim.App.2014), in which we set forth a roadmap for resolving questions regarding court costs. *See also Cardenas v. State,* 423 S.W.3d 396 (Tex.Crim.App.2014).

The Court of Appeals in the instant case did not have the benefit of our opinion in *Johnson.* Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of our opinion in *Johnson.* We also this day refuse Appellant's petition for discretionary review in this case. No motion for rehearing will be entertained.